IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUSSELL S. CARFAGNO,** : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-4856 |
| **SCP DISTRIBUTORS, LLC d/b/a** : | |
| **POOLCORP,** : | |
| : | |
| Defendant. : | |

### ORDER

**AND NOW**, this __10th__ day of February, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. 20), Plaintiff's Response in Opposition (Doc. 21), and Defendant's Reply to Plaintiff's Response in Opposition (Doc. 22), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**[1] and **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated February 10, 2016.